IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| BETH MCLEOD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:12CV00260 SWW |
| | * | |
| CAVENAUGH FORD LINCOLN, LLC, | * | |
| and AARON M. BALTZ, | * | |
| | * | |
| Defendants. | * | |

**Order of Dismissal**

Pursuant to the stipulation of dismissal filed by the parties stating that this cause of action should be dismissed,

IT IS THEREFORE ORDERED that all claims in this cause of action and any claims, cross-claims, and third-party claims that were brought or could have been brought hereby are dismissed with prejudice, each side to bear their own costs.

DATED this 20th day of August, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE